FILED
OCT 15 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INDICTMENT |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:25 CR - 0515 |
| TRAVON WILLIAMS, | ) Title 18, United States Code, |
| | ) Sections 922(g)(1) and 924(e) |
| Defendant. | ) JUDGE POLSTER |

COUNT 1
(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(e))

The Grand Jury charges:

1. On or about April 25, 2025, in the Northern District of Ohio, Eastern Division, the Defendant, TRAVON WILLIAMS, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Domestic Violence, on or about September 14, 2023, in Cuyahoga County Court of Common Pleas, Case Number CR-21-665018; Domestic Violence, on or about September 14, 2023, in Cuyahoga County Court of Common Pleas, Case Number CR-22-667321; Domestic Violence, on or about September 14, 2023, in Cuyahoga County Court of Common Pleas, Case Number CR-22-671617; and Strangulation, on or about September 14, 2023, in Cuyahoga County Court of Common Pleas, Case Number CR-23-681976, knowingly possessed in and affecting interstate and foreign commerce, a firearm, to wit: a Canik TP9 SF Elite, 9mm handgun, bearing serial number T6472-21BH02471, said firearm and ammunition having been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code Sections 922(g)(1) and 924(e).

2. Before TRAVON WILLIAMS committed the offense charged in this indictment, the defendant had three previous convictions for a violent felony committed on occasions different from one another, to wit: Domestic Violence, on or about September 14, 2023, in Cuyahoga County Court of Common Pleas case number CR-21-665018; Domestic Violence, on or about September 14, 2023, in Cuyahoga County Court of Common Pleas case number CR-22-667321; and Domestic Violence, on or about September 14, 2023, in Cuyahoga County Court of Common Pleas case number CR-22-671617.

## FORFEITURE

The Grand Jury further charges:

3. For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code Section, 2461(c), the allegation of Count 1 is incorporated herein by reference. As a result of the foregoing offense, Defendant TRAVON WILLIAMS shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of the violation charged in Count 1; including but not limited to, the following: a Canik TP9 SF Elite, 9mm handgun, bearing serial number T6472-21BH02471.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.